## Case No. 15,863.

### UNITED STATES v. NELSON.

[4 Cranch, C. C. 579.] [1]

Circuit Court, District of Columbia. Oct. Term, 1835.

#### SLAVE—PUNISHMENT FOR LARCENY.

A slave, convicted of larceny, is to be punished by whipping, although not charged as a slave in the indictment.

The prisoner [negro Nelson] was convicted of stealing a hair cap, of the value of one dollar and twenty-five cents. It appears, in evidence, that he was a slave, although not charged as such in the indictment.

THE COURT (nem. con.) sentenced the prisoner to be whipped with twenty stripes.